Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MARY CLARK, Respondent, for Compensation under the Workmen's Compensation Law, v. EBINGER BAKING COMPANY, Employer, and THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs to the appellants against the said Board to abide the event, on the ground that the claimant did not request medical treatment of the employer, and there is no legal evidence that the employer, or its superintendent or foreman, having knowledge of the injury requiring such treatment neglected to provide the same.* All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of THOMAS J. CONWAY, Respondent, for Compensation under the Workmen's Compensation Law, v. THE BROOKLYN CITY RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MARY E. STICKLE, Widow of WILLIAM I. STICKLE, Appellant, for Compensation under the Workmen's Compensation Law, v. E. D. SMITH & SON, Employer, Respondent — Decision unanimously affirmed, without costs.

In the Matter of the Estate of JAMES THOMPSON, Deceased. EMMA MICHAEL and Others, Appellants; ANDREW BRINGGOLD, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of CAROLINE V. DAY and Petition of WILLIAM T. HOLLISTER, for the Appointment of an Administrator c. t. a. of WILLIAM H. HOLLISTER, Deceased. CAROLINE V. DAY and Others, Appellants, v. CHARLES F. FRANK and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of THOMAS BUCKLEY, Respondent, under the Workmen's Compensation Law, v. WESTERN UNION TELEGRAPH COMPANY, Employer and Self-Insurer, Appellant, and UNITED STATES RAILROAD ADMINISTRATION (NEW YORK CENTRAL RAILROAD COMPANY), JAMES C. DAVIS, as Director-General of Railroads, Respondent.— Motion for reargument denied, without costs. [See *ante*, p. 766.]

HAZEL MYERS, Respondent, v. UNITED TRACTION COMPANY, Appellant. CHARLES T. MYERS, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Motion denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CLARENCE LONGWELL, Respondent.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REPUBLIC LIGHT, HEAT AND POWER COMPANY, INC., and Others, Appellants, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

---

* See Workmen's Compensation Law, § 13, as amd. by Laws of 1918, chap. 634. Now Consol. Laws, chap. 67 (Laws of 1922, chap. 615), § 13.— [REP.